WOOTTON HOTEL CORPORATION, PLAINTIFF-RESPOND-
ENT, v. THOMAS B. WOOTTON AND REBA F. WOOTTON,
DEFENDANTS-APPELLANTS.

Submitted February 12, 1937—Decided April 30, 1937.

For the plaintiff-respondent, *Cassman & Gottlieb* (*Harry Gottlieb*).

For the defendants-appellants, *William Charlton*.

PER CURIAM.

We agree with the trial judge that the defendants failed to disclose facts which entitle them to defend. It was proper that the answer with its separate defenses should be stricken and that summary judgment for possession should be entered for the plaintiff.

Judgment below will be affirmed, with costs.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-CHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 16.

*For reversal*—None.